**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff-Relator,<br><br>v.<br><br>NWN CORPORATION, et al.<br><br>Defendants. | Case No. 1:26-cv-02676-ER |

**~~[PROPOSED]~~ ORDER TO EXTEND THE PARTIES' FILING AND BRIEFING SCHEDULE**

WHEREAS, upon consideration of Plaintiff-Relator Verity Investigations, LLC's ("Plaintiff-Relator") and Defendants NWN Corporation, United Medical Systems DE Inc., and New State Capital Partners, LLC's ("Defendants" and together with Plaintiff-Relator, the "Parties") Stipulation to Extend the Parties' Briefing Schedule, **IT IS HEREBY ORDERED:**

1. Plaintiff-Relator will file its First Amended Complaint ("FAC") on or before November 6, 2026.

2. Defendants' deadline to file their motion to dismiss the FAC shall be on or before December 18, 2026.

3. Plaintiff-Relator's deadline to file its memorandum of law in opposition to the motion to dismiss shall be on or before January 29, 2027.

4. Defendants' deadline to file a reply memorandum of law in further support of their motion to dismiss shall be on or before February 19, 2027.

**IT IS SO ORDERED.**

Dated: October 29, 2026

Edgardo Ramos
United States District Judge
New York, New York